# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-5307
_____

MICHAEL B. GILMORE,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal – Original Jurisdiction.

March 9, 2018

PER CURIAM.

The petition for belated appeal is denied on the merits.

WOLF, OSTERHAUS, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Michael B. Gilmore, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.